ACCEPTED
15-25-00044-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
7/17/2025 2:04 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
7/17/2025 2:04:21 PM
CHRISTOPHER A. PRINE
Clerk

CAUSE NO. 15-25-00044-CV

IN THE COURT OF APPEALS

FOR THE FIFTEENTH DISTRICT OF TEXAS

AUSTIN, TEXAS

_____

**UGALAHI OFFOBOCHE**
**Appellant**

**VS.**

**COLLIN COUNTY, TEXAS, COLLIN COUNTY SHERIFF'S DEPUTIES MOUNGER, WATSON, McMILAN AND FORMER COLLIN COUNTY CHIEF DEPUTY CONSTABLE RUMFIELD**

**Appellees**

_____

Appeal from Cause No. 429-08578-2024, 429TH Judicial District Court,
Collin County, Texas, The Honorable Jill Willis, Judge Presiding

_____

**APPELLEES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF**
_____

TO THE HONORABLE FIFTEENTH COURT OF APPEALS:

COME NOW **Collin County, Texas, Collin County Sheriff's Deputies Joshua Mounger, Mark Watson, Lee McMillan and former Collin County Chief Deputy Constable Mike Rumfield**, Appellees herein and movants in the trial court, pursuant to TEX. R. APP. P 10.5(b) and TEX. R. APP. P 38.6(d), and file their UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF, and would show the Court as follows:

**I.**
**Grounds for Extension under Appellate Rules of Procedure 10.5(b)**

Texas Rules of Appellate Procedure 10.5(b) describes the contents of a Motion for extension of time.  Thus, Appellees would show as follows.

**A.      10.5(b)(1)(A) Current Deadline**: **July 25, 2025**

The current deadline for the filing of Appellees' Brief is Friday, July 25, 2025.

**B.      10.5(b)(1)(B) Length of Extension Sought: Twenty Eight (28) days, until August 22, 2025**

Appellees request a twenty eight (28) day extension, until Friday, August 22, 2025.

**C.      10.5(b)(1)(C)  Facts justifying need for extension**

The need for the extension is based on many things, including the intervening Fourth of July Holiday combined with the particularly busy litigation schedule of Undersigned Counsel, as follows. First, since the filing of the Appellants' Amended Brief on June 25, 2025, and through the requested extension deadline of August 22, 2025,  the Undersigned has and or will have participated in three mediations, conducted eight depositions, appeared in eight hearings in State and/or Federal Court, prepared four answers in State and/or Federal Court, completed substantial written discovery in multiple cases, prepared numerous requests for Attorney General decisions, all in addition to a plethora of other day to day litigation demands.

**D.      10.5(b)(1)(D) Previous Extensions: None**

This is the first request for any extension by Appellees, although Appellant requested and received two prior extensions.

### III.
### Certificate of Conference

The Undersigned conferred with Appellant's Counsel on July 16, 2025, and she is unopposed to the requested extension. Thus, this motion is presented as unopposed.

### IV.
### Prayer for Relief

WHEREFORE, PREMISES CONSIDERED, Appellees **Collin County, Texas, Collin County Sheriff's Deputies Joshua Mounger, Mark Watson, Lee McMillan and former Collin County Chief Deputy Constable Mike Rumfield** pray that this Honorable Court grant their UNOPPOSED MOTION FOR EXTENSION OF TIME and allow the Appellees until **August 22, 2025**, to file their Reply Brief; and for any such other relief to which they may be entitled.

Respectfully submitted,

By: /s/ *Robert J. Davis*
**ROBERT J. DAVIS**
State Bar No. 05543500
**KYLE T. BARRY**
State Bar No. 24122284
**MATTHEWS, SHIELS, KNOTT,**
**EDEN, DAVIS & BEANLAND, L.L.P.**
8131 LBJ Freeway, Suite 700
Dallas, Texas 75251
972/234-3400 (office)
972/234-1750 (telecopier
bdavis@mssattorneys.com
kbarry@mssattorneys.com

**ATTORNEY FOR MOVANTS/APPELLEES COLLIN COUNTY, TEXAS, COLLIN COUNTY DEPUTIES JOSHUA MOUNGER, MARK WATSON, LEE McMILLAN,** and **CHIEF DEPUTY CONSTABLE MICHAEL RUMFIELD**

## CERTIFICATE OF SERVICE

This is to certify that, pursuant to Tex. R. App. P. 9.5, on this the 17th day of July, 2025, a true and correct copy of the foregoing instrument was served upon Appellant's counsel via e-service.


/s/ *Robert J. Davis*
**ROBERT J. DAVIS**

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Robert Davis on behalf of Robert Davis
Bar No. 05543500
bdavis@mssattorneys.com
Envelope ID: 103268398
Filing Code Description: Motion
Filing Description: APPELLEES??? UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF
Status as of 7/17/2025 2:19 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Ugalahi UgyOffoboche | | ugy@uacoffobochelaw.com | 7/17/2025 2:04:21 PM | SENT |
| Robert J.Davis | | bdavis@mssattorneys.com | 7/17/2025 2:04:21 PM | SENT |
| Robert J.Davis | | bdavis@mssattorneys.com | 7/17/2025 2:04:21 PM | SENT |
| Robert J.Davis | | bdavis@mssattorneys.com | 7/17/2025 2:04:21 PM | SENT |
| Kyle T.Barry | | kbarry@mssattorneys.com | 7/17/2025 2:04:21 PM | SENT |
| Kyle T.Barry | | kbarry@mssattorneys.com | 7/17/2025 2:04:21 PM | SENT |